UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

UNITED STATES OF AMERICA,

    -against-                     ORDER

LUIS ROJAS,                        20 Crim. 535 (GBD)

                  Defendant.
----------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for December 2, 2020 is adjourned to February 3, 2021 at 10:00 am. On the Government's motion, made with Defendant's consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       November 30, 2020

                                               SO ORDERED.

                                               *George B. Daniels*
                                               GEORGE B. DANIELS
                                               United States District Judge