**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

LUIS ROJAS,

                              Defendant.

------------------------------------x

ORDER

20 Crim. 535 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for February 3, 2021 is adjourned to March 4, 2021 at 9:00 am.

Dated: New York, New York
       January 26, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge