

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Luis Rojas*, 20 Cr. 535 (GBD)

Dear Judge Daniels:

The Court recently adjourned the next status conference in this matter from February 3, 2021 to March 4, 2021. The case is proceeding apace, and the parties are currently engaged in discussions regarding a potential pretrial disposition of this case. The Government respectfully requests the prospective exclusion of time under the Speedy Trial Act from February 3 until March 4. Such an exclusion would be in the interests of justice because it will allow for the effective representation of counsel, will allow the parties to continue their plea negotiations, and will reflect the current suspension of jury trials in this District during the COVID-19 pandemic.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Mollie Bracewell
Assistant United States Attorneys
(212) 637-1024 / 2218

cc:   Samidh Guha, Esq. (by ECF)

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: FEB 0 3 2021