UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                                  ORDER

LUIS ROJAS,                                 20 Crim. 535 (GBD)

                    Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The May 18, 2021 change of plea hearing is rescheduled from 9:00 am to 11:00 am. The parties will receive additional instructions for accessing the video conference by subsequent order.

Dated: New York, New York
       May 13, 2021

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge