UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

LUIS ROJAS,

       Defendant.

------------------------------------- x

ORDER

20 Crim. 535 (GBD)

GEORGE B. DANIELS, District Judge:

A status conference is set for June 8, 2021 at 9:00 a.m. This scheduled conference will take place in person.

Dated: May 25, 2021
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE