**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

LUIS ROJAS,

                             Defendant.

------------------------------------- x

ORDER

20 Crim. 535 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the status conference scheduled for June 8, 2021 at 9:00 am, the hearing scheduled for June 9, 2021 is cancelled.

Dated: New York, New York
       May 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge