**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

LUIS ROJAS,

                        Defendant.

------------------------------------x

NOV 0 2 2021

ORDER

20 Crim. 535 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for October 27, 2021 is adjourned to December 1, 2021 at 10:00 a.m. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       November 2, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge