**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2022

**BY ECF**

SO ORDERED

A change of plea hearing is scheduled
for April 26, 2022 at 10:00 a.m.

MAR 1 4 2022   */s/ George B. Daniels*

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Luis Rojas*, 20 Cr. 535 (GBD)

Dear Judge Daniels:

The Government writes to inform the Court that the parties have reached a pretrial resolution of this matter. Defense counsel has requested additional time to prepare his client for the plea proceeding, so the parties respectfully request that the Court schedule an in-person change of plea hearing for a date in late April that is convenient for the Court. The Government will provide the plea agreement to the Court under separate cover.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Mollie Bracewell
Assistant United States Attorneys
(212) 637-1024 / 2218

cc: David Cohen, Esq.