**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

LUIS ROJAS,

               Defendant.

------------------------------------x

SCHEDULING ORDER

20 Cr. 535 (GBD)

GEORGE B. DANIELS, United States District Judge:

     At Defendant's request, the April 26, 2022 change of plea hearing is rescheduled to May 18, 2022 at 10:30 a.m.

Dated: April 25, 2022
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge