UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :           ORDER
                                         :
LUIS ROJAS,                              :           20 Crim. 535 (GBD)
                                         :
                        Defendant.       :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 24 (Defendant's request for substitution of counsel) as having been resolved at a prior conference.

Dated: May 17, 2022
       New York, New York

                                           SO ORDERED.

                                           *George B. Daniels* (signature)
                                           GEORGE B. DANIELS
                                           United States District Judge