UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

LUIS ROJAS,

                           Defendant.

------------------------------------x

ORDER

20 Crim. 535 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The Clerk of the Court is directed to close the open motion at ECF No. 42 (Defendant's request for adjournment) as having been resolved by this Court's order at ECF No. 43.

Dated: May 24, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge