UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA, :
:
        -against- : SCHEDULING ORDER
:
: 20 Cr. 535 (GBD)
LUIS ROJAS, :
:
        Defendant. :
:
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for September 21, 2022 is adjourned to November 9, 2022 at 10:30 a.m.

Dated: July 20, 2022
      New York, New York

                              SO ORDERED.

                              *[signature]*
                              GEORGE B. DANIELS
                              United States District Judge